IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-53-BO-RJ

| | |
|---|---|
| MICHAEL AND CHRISTIE WALKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiffs' motion to grant access to sealed materials. [DE 32]. Plaintiffs seek access to certain sealed documents in defendant Jasmine Thomas's criminal case, *United States v. Thomas*, No. 5:20-CR-119-BO (E.D.N.C.), as potentially relevant to their claims. Defendants, including Jasmine Thomas, consent to granting plaintiffs access to the sealed materials identified in plaintiffs' motion. The parties further agree that the sealed materials will be treated as confidential pursuant to the protective order in this case. [DE 29].

For good cause shown, and with the consent of defendants, plaintiffs' motion [DE 32] is GRANTED. Counsel of record in this case are GRANTED access to the requested sealed materials in case No. 5:20-CR-119-BO: [DE 13; DE 28; DE 38; DE 68; and DE 82]. The requested sealed materials shall be treated as confidential under the protective order. [DE 29].

The Clerk's Office is DIRECTED to provide to counsel of record in this case a letter which details the cost of copies of the above-cited documents. Counsel of record may then

request copies from the Clerk's Office, which shall be served via U.S. Mail following receipt of the requisite fees.

SO ORDERED, this ___ day of November 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE